THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>ANA RESTAURANT GROUP LLC, an Illinois limited liability company; and ALFREDO ANAYA, an individual,<br><br>Defendants. | Case No. 8:24-cv-01595-SVW (KESx)<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**JUDGMENT**<br><br>Complaint Filed:  July 19, 2024<br>Trial Date:          None |

# JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Ana Restaurant Group LLC, an Illinois limited liability company ("Ana Restaurant") and Alfredo Anaya, an individual ("Anaya") (collectively with Ana Restaurant, "Defendants"), jointly and severally, in the total amount of **$118,507.01**; which represents the sum of the following:

    a. Compensatory damages in the amount owed of $106,106.26, on the Business Loan Agreement No. F491150-000 (the "BLA");

    b. Attorneys' fees in the amount of $5,722.12 on the BLA;

    c. Prejudgment interest in the amount of $6,075.63, at the statutory rate of ten percent (10%) per annum, from May 3, 2024 (the date of breach), to November 27, 2024 (the date of the Court's Order granting the Motion), on the BLA; and

    d. Costs in the amount of $603.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: 02/19/2025

_____
JUDGE OF THE US DISTRICT COURT